**Electronically Filed
Intermediate Court of Appeals
CAOT-12-0000048
01-MAR-2012
10:00 AM**

NO. CAOT-12-0000048

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ARWIN R. ECHINEQUE, Petitioner-Appellant, v
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 10-1-0066; CR. NO. 06-1-1633)

ORDER DISMISSING WITHOUT PREJUDICE
PETITIONER-APPELLANT'S COMPLAINT FILED ON FEBRUARY 23, 2012
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the complaint filed by Petitioner
Arwin E. Echineque (Petitioner), the papers in support, and the
records and files herein, it appears that: (1) Petitioner has a
HRPP Rule 40 petition for post conviction relief pending in the
Circuit Court of the First Circuit (circuit court), Echineque v.
State, S.P.P. No. 10-1-0066; (2) Petitioner filed this complaint
in the Intermediate Court of Appeals asserting issues and
arguments that should be presented in the HRPP Rule 40
proceeding; and (3) pursuant to HRS § 602-57 (Supp. 2010), the
Intermediate Appellate Court does not have original jurisdiction
to address the issues raised in the complaint. Therefore,

IT IS HEREBY ORDERED that the complaint filed by Petitioner is dismissed without prejudice to Petitioner presenting his arguments in the Hawaiʻi Rules of Penal Procedure (HRPP) Rule 40 petition for post conviction relief pending in the circuit court and without prejudice to any subsequent appeal pursuant to HRPP Rule 40(h) after the circuit court issues its disposition on the pending HRPP Rule 40 petition.

DATED: Honolulu, Hawaiʻi, March 1, 2012.

Presiding Judge

Associate Judge

Associate Judge

-2-